AO 199A (Rev. 12/11- EDCA [Fresno Version 2])  Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| LUIS ENRIQUE LOZA, JR., | ) ) Case No.   6:23-00029-HBK |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the excessive use of alcohol. May not possess or use controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription; defendant may not drive with any measurable amount of alcohol.

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at:  US District Court, Courtroom 6, 2500 Tulare Street, Fresno, CA
*Place*

before United States Magistrate Judge Helena M. Barch-Kuchta
on      Tuesday, January 9, 2024 at 10:00 A.M.
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me.  I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information.  Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date:   11/20/2023

*Defendant's signature*

Date:  November 20, 2023

*Judicial Officer's Signature*

Helena M. Barch-Kuchta, U.S. Magistrate Judge
*Printed name and title*